UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JORDAN ZITO, Plaintiff, v. KARMA BOX PROJECT, et al., Defendants. | Case No. 3:26-cv-00268-ART-CSD<br>ORDER ADOPTING REPORT AND RECOMMENDATION |

Plaintiff Jordan Zito filed a *pro se* complaint and application to proceed *in forma pauperis* ("IFP") on April 14, 2026. (ECF No. 1.) Magistrate Judge Craig S. Denney issued an order granting the IFP application but dismissing Mr. Zito's claims for several reasons, such as that 28 U.S.C. § 1446 prohibits plaintiffs from removing their state court actions to federal court, that the complaint appeared to present a bankruptcy petition that should have instead been filed in the U.S. Bankruptcy Court for the District of Nevada, and that the complaint failed to state a clear claim for relief as required by Federal Rule of Civil Procedure 8. (ECF No. 5 at 3-4.) The order granted Mr. Zito leave to file an amended complaint using the standard civil complaint form by September 10, 2026. (*Id.* at 6.)

After Mr. Zito missed the deadline for filing his amended complaint, Judge Denney issued a Report and Recommendation ("R&R") recommending that the action be dismissed without prejudice. (ECF No. 7.)

Magistrate judges are empowered to issue reports and recommendations on dispositive issues, which district judges may "accept, reject, or modify, in whole or in part." 28 U.S.C. § 636(b)(1). Parties have fourteen days from being served with an R&R to provide written objections. *Id.* Where no party objects in that period, the district court is not required to perform any review of the magistrate judge's conclusions. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985).

Mr. Zito did not object to Judge Denney's recommendation within the statutory fourteen-day period, and the time to do so has now expired. Moreover, the Court agrees with Judge Denney's reasoning.

It is therefore ordered that the R&R (ECF No. 7) is ADOPTED.

It is further ordered that this action is DISMISSED WITHOUT PREJUDICE. The Clerk of Court is kindly instructed to CLOSE this case accordingly.

Dated this 13th day of October 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE